IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.:  5:11cr512 |
| | ) | |
| Plaintiff, | ) | SR. JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | |
| JERRY L. PALM, | ) | |
| | ) | |
| Defendant. | ) | ORDER |
| | ) | |

This matter was before the Court on December 9, 2021, for hearing on the Government's request for revocation of Defendant Jerry L. Palm's supervised release. The Defendant was present and represented by counsel.

An Initial Supervised Release Violation hearing was held by Magistrate Judge William H. Baughman, Jr. on November 23, 2021, at which defendant admitted to the violations contained in the Violation Report. The Magistrate Judge issued a Report and Recommendation on November 24, 2021.  The Court adopts the Magistrate Judge's Report and Recommendation and finds Defendant in violation of Supervised Release.

Defendant's supervision to continue with the same conditions as previously imposed. Defendant to report to the Office of Probation and Pretrial Services by 4:00 PM on 12/9/21 for a drug screening.

IT IS SO ORDERED.

s/ Christopher A. Boyko
CHRISTOPHER A. BOYKO
SENIOR UNITED STATES DISTRICT JUDGE

DATED:  December 9, 2021