IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:11-cr-00512 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Senior Judge Christopher A. Boyko |
| JERRY L. PALM, | ) ) | |
| Defendant. | ) ) | ORDER |

This matter was before the Court on February 28, 2022, for hearing on the Government's request for revocation of Defendant Jerry L. Palm's supervised release. The Defendant was present and represented by counsel.

A Supervised Release Violation hearing was held by Magistrate Judge William H. Baughman, Jr. on January 26, 2022, at which time the Defendant was found probable cause set forth on the record to the following violations: Violation number 1:Unauthorized Use of Drugs and Violation number 2: Failure to Comply with Home Visits.

The Magistrate Judge issued a Report and Recommendation on January 27, 2022. The Court adopts the Magistrate Judge's Report and Recommendation.

The Court finds Defendant in violation of Violation No. 1 and 2, and revokes supervised release. The Defendant sentenced to custody of the Bureau of Prisons for 24 months with no supervision to follow.

The Defendant is remanded to custody.

IT IS SO ORDERED.

                                              s/ Christopher A. Boyko

DATED: February 28, 2022      CHRISTOPHER A. BOYKO
                                              SENIOR UNITED STATES DISTRICT JUDGE